# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MS. DOE, ETC., )
         )
         Plaintiff, )
         )
v. )     No. 3:10-00412
         )     JUDGE HAYNES
         )
MAXIMUS, et al. )
         )
         Defendants. )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motions to dismiss (Docket Entry Nos. 38, 45, 49, 51, 54, 56, 58, 64, 65, 68, and 70) are **GRANTED** and Plaintiff's claims against the Defendants: Middle Tennessee State University; Austin Peay State University; Bradley Arrant Boult Cummings; Unum; Hugh O. Maclellan; Ernest Burgess, Rutherford County Sheriff's Department; David Loughry; Don Ash; Chris Craft; Art Hayes; Jim Arnett; Sean Puckett; Glenn Funk; and Maximus are **DISMISSED with prejudice**.

It is further **ORDERED** that Plaintiff's motion to amend complaint (Docket Entry No. 75) is **DENIED.**

It is further **ORDERED** that Plaintiff's claims against the remaining Defendants: Providence Service Corp., Inclusive of its Parent/Insurance Co., Bank and Subsidiaries; Vanderbilt University/VUMC; Christine Bradley; Harvard University; Phil Bredesen; Andrea Conte; Don Ash; Rita Ash; Bill Ketron; Jim Tracy; Bass, Berry & Sims; Marsha Blackburn; Beth Harwell; Lamar Alexander; Jim Cooper; Charles Traughber and wife; District Attorney Bill Whitesell;

Representative Bart Gordon; Channel 9; and John Does 32-500 Inclusive are **DISMISSED** for lack of jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge